IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIANT FOOD STORES, LLC, n/k/a THE GIANT COMPANY LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**STOBBA ASSOCIATES, L.P.,**<br><br>*Defendant*. | NO. 2:20-cv-06480 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiff The GIANT Company LLC ( "Plaintiff"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the Complaint against Defendant Stobba Associates, L.P. ("Defendant").

Plaintiff is dismissing this action without prejudice because it has entered into a consensual Stay and Tolling Agreement with the Defendant, while the parties seek to resolve their dispute consensually.

Defendant has not filed an answer to the Complaint or a motion for summary judgment as to these claims. Dismissal without prejudice under Rule 41(a)(1) is therefore appropriate.

Dated: July 1, 2021

    */s/Thomas R. Waskom*
Thomas R. Waskom, Esquire
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond VA 23219
Twaskom@huntonak.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on July 1, 2021, which constitutes service on counsel of record who are registered electronic filing users.

                    */s/Thomas R. Waskom*
                    Thomas R. Waskom, Esquire